United States Court of Appeals
Fifth Circuit

**F I L E D**

**January 6, 2006**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

)))))))))))))))))))))))))
No. 05-60308

)))))))))))))))))))))))))

DREW ALLEN RAYNER,

Plaintiff-Appellant,

versus

RAYTHEON COMPANY,

Defendant-Appellee.

_____

Appeal from the United States District Court
for the Southern District of Mississippi
USDC No. 1:04-CV-00791-LG-RHW

_____

Before KING, Chief Judge, and BARKSDALE and PRADO, Circuit
Judges.

PER CURIAM:[*]

    AFFIRMED.  <u>See</u> 5TH CIR. R. 47.6.

_____

[*]Pursuant to 5TH CIR. R. 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.